AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

_____

SHAYEH DOV )
)
)
*Petitioner* )
)
v. ) Case No. _____
) *(Supplied by Clerk of Court)*
BUREAU OF PRISONS )
)
)
*Respondent* )
*(name of warden or authorized person having custody of petitioner)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Shayeh Dov
   (b) Other names you have used:
2. Place of confinement:
   (a) Name of institution: Otisville Federal Correctional Facility
   (b) Address: 2 Mile Drive
                Otisville, NY 10963
   (c) Your identification number: 39733053
3. Are you currently being held on orders by:
   ☑ Federal authorities   ☐ State authorities   ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
         (a) Name and location of court that sentenced you:
         (b) Docket number of criminal case:
         (c) Date of sentencing:
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☐ Pretrial detention

   ☐ Immigration detention

   ☐ Detainer

   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☐ Disciplinary proceedings

   ☑ Other *(explain)*:   To be allowed home confinement to receive proper medical treatment

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court:

   (b) Docket number, case number, or opinion number:

   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
   Challenging the failure of the Warden of Otisville Correctional Facility to respond to request by Pettioner to receive adequate and necessarty medical treatment.  The facility has repeatedly failed to allow such treatment and home confinement only alternative.

   (d) Date of the decision or action:

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes    ☑ No

   (a) If "Yes," provide:

      (1) Name of the authority, agency, or court:

      (2) Date of filing:

      (3) Docket number, case number, or opinion number:

      (4) Result:

      (5) Date of result:

      (6) Issues raised:

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal:

8. **Second appeal**

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?

   ☐ Yes         ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court:

   (2) Date of filing:
   (3) Docket number, case number, or opinion number:
   (4) Result:
   (5) Date of result:
   (6) Issues raised:

   (b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?

   ☐ Yes         ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court:

   (2) Date of filing:
   (3) Docket number, case number, or opinion number:
   (4) Result:
   (5) Date of result:
   (6) Issues raised:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes  ☑ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes  ☐ No

If "Yes," provide:
  (1) Name of court:
  (2) Case number:
  (3) Date of filing:
  (4) Result:
  (5) Date of result:
  (6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes  ☐ No

If "Yes," provide:
  (1) Name of court:
  (2) Case number:
  (3) Date of filing:
  (4) Result:
  (5) Date of result:
  (6) Issues raised:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. **Appeals of immigration proceedings**
    Does this case concern immigration proceedings?
    ☐ Yes      ☑ No
    If "Yes," provide:
    (a) Date you were taken into immigration custody:
    (b) Date of the removal or reinstatement order:
    (c) Did you file an appeal with the Board of Immigration Appeals?
        ☐ Yes      ☐ No
        If "Yes," provide:
        (1) Date of filing:
        (2) Case number:
        (3) Result:
        (4) Date of result:
        (5) Issues raised:

    (d) Did you appeal the decision to the United States Court of Appeals?
        ☐ Yes      ☑ No
        If "Yes," provide:
        (1) Name of court:
        (2) Date of filing:
        (3) Case number:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

  (4) Result:
  (5) Date of result:
  (6) Issues raised:

12. **Other appeals**

   Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

   ☑ Yes          ☐ No

   If "Yes," provide:

   (a) Kind of petition, motion, or application: Writ of Habeus Corpus
   (b) Name of the authority, agency, or court: Southern District of New York
   (c) Date of filing: 06/08/2020
   (d) Docket number, case number, or opinion number: 1:20-CV-4343-AT
   (e) Result: Denied
   (f) Date of result: 07/09/2020
   (g) Issues raised: Petitioners deteriorating health condition

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

   **GROUND ONE:** Petitioner has not been receiving the proper medications and medical treatment for underlying medical conditions that are life threatening and his condition has been deteriorating since the prior Writ of Habeus Corpus. The Judge did recommend the Respondent to take action which has not been done. If petitioner does not receive proper medical treatment, he may lose full kidney function.

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____
_____
_____
_____
_____

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes            ☐ No

**GROUND TWO:** _____

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____
_____
_____
_____
_____
_____

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes            ☐ No

**GROUND THREE:** _____

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____
_____
_____
_____
_____

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes            ☐ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes        ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

### Request for Relief

15. State exactly what you want the court to do: It is respectfully requested that the Court grant petitioner home confinement that the respondent has been unable or unwilling to provide.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: _____

_____
*Signature of Petitioner*

_____
*Signature of Attorney or other authorized person, if any*