UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
 :
SHAYEH DOV, :
 :
                           Petitioner, :
 :      20-cv-9370 (LJL)
      -v- :
 :      OPINION AND ORDER
BUREAU OF PRISONS, :
 :
                           Respondent. :
 :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      ORDERED that Respondent shall respond to the Petition at Dkt. No. 2 by December 18, 2020 at 5:00 p.m.

      Respondent is ORDERED to serve this Order on Respondent forthwith.

      SO ORDERED.

Dated: December 3, 2020
       New York, New York
                                                   LEWIS J. LIMAN
                                           United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/03/2020